

# Fourth Court of Appeals
## San Antonio, Texas

November 28, 2018

No. 04-18-00634-CV

**IN THE INTEREST OF A.B.R., B.R., AND M.L.R., CHILDREN,**

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2017-PA-02368
Honorable Dick Alcala, Judge Presiding

# O R D E R

In this parental rights termination case, Appellant filed his notice of appeal on September 7, 2018. After this court granted Appellant's first motion for extension of time to file the brief, it was due on November 21, 2018. Five days after the extended due date, Appellant filed a second motion for a twenty-day extension of time to file the brief until December 11, 2018.

Appellant's motion is GRANTED. Appellant father's brief is due on December 11, 2018.

**NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE APPELLANT'S BRIEF WILL BE GRANTED.**

We remind appellate counsel and the State that the child's "need for permanence is the paramount consideration for the child's present and future physical and emotional needs." *See Dupree v. Tex. Dep't of Protective & Regulatory Servs.*, 907 S.W.2d 81, 87 (Tex. App.—Dallas 1995, no writ). This court must render its decision "with the least possible delay," and any further delays will hinder this court in its duty. *See* TEX. R. APP. P. 35.3(c); *In re J.L.*, 163 S.W.3d 79, 82 (Tex. 2005) (quoting TEX. FAM. CODE ANN. § 263.405(a) (West 2014)); *see also* TEX. R. JUD. ADMIN. 6.2(a) (180-day disposition requirement).

Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 28th day of November, 2018.



KEITH E. HOTTLE,
Clerk of Court